*E-filed on*  8/16/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC STATES CREDIT COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EUGENIA M. WONG and DALE K. WONG,<br><br>　　　　Defendants. | No. C-04-02750 RMW<br><br>ORDER TO SHOW CAUSE |

　　Plaintiff Pacific States Credit Company, proceeding *pro se*, filed its complaint on July 9, 2004. Plaintiff has not filed anything in this action since then and it appears that a case management conference in this matter scheduled for January 7, 2005 did not go forward. Accordingly, plaintiff is hereby ordered to show cause by written declaration filed by September 14, 2007 why plaintiff's case should not be dismissed for failure to diligently prosecute. If no declaration showing good cause is timely filed, the case WILL BE DISMISSED.

DATED:　　　8/16/07　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE—No. C-04-02750 RMW
MAG

**A copy of this order was mailed on** _____8/16/07_____ **to:**

**Plaintiff:**

Pacific States Credit Company
Post Office Box 250
Oakhurst, CA 93644

**Counsel for Defendants:**

No appearance

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER TO SHOW CAUSE—No. C-04-02750 RMW
MAG                                                                                               2