*E-filed on* 9/18/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC STATES CREDIT COMPANY,<br><br>       Plaintiff,<br><br>    v.<br><br>EUGENIA M. WONG and DALE K. WONG,<br><br>       Defendants. | No. C-04-02750 RMW<br><br>ORDER OF DISMISSAL |

Plaintiff Pacific States Credit Company, proceeding *pro se*, filed its complaint on July 9, 2004. Plaintiff has not filed anything in this action since then. On August 16, 2007, the court issued an order that plaintiff submit by September 14, 2007 a written declaration showing cause why this case should not be dismissed for failure to diligently prosecute. Nothing has been filed. Therefore,

IT IS HEREBY ORDERED that the case above-captioned case is dismissed for failure to diligently prosecute. The clerk shall close the file.

DATED:     9/17/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL—No. C-04-02750 RMW
MAG

1   **A copy of this order was mailed on         9/18/07        to:**

2   **Plaintiff:**

3   Pacific States Credit Company
    Post Office Box 250
4   Oakhurst, CA 93644

5   **Counsel for Defendants:**

6   No appearance

7

8   Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER OF DISMISSAL—No. C-04-02750 RMW
MAG                                                    2